UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
FAUST, SUZANNE R § Case No. 11-22265
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        US Courthouse
        Bankruptcy Clerk
        Assignment Desk, Rm 710
        219 S. Dearborn St.
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 06/13/2013 in Courtroom 250,

        US Courthouse
        100 S. 3rd St.
        Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/09/2013                    By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
FAUST, SUZANNE R                    §     Case No. 11-22265
                                    §
        Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 68,146.27 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 68,146.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Roy Safanda | $ 1,746.81 | $ 0.00 | $ 1,746.81 |
| Trustee Expenses: Roy Safanda | $ 329.90 | $ 0.00 | $ 329.90 |
| Attorney for Trustee Fees: Roy Safanda | $ 787.50 | $ 0.00 | $ 787.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,864.21 |
| Remaining Balance | $ 65,282.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,262.70 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 001 | Rrca Acct. Mgmt<br>Ben Gordon Center<br>201 E. 3rd St.<br>Sterling, IL 61081 | $ 1,193.12 | $ 0.00 | $ 1,193.12 |
| 002 | DeKalb Clinic Chartered<br>% H and R Accoumts, Inc.<br>POB 672<br>Moline, IL 61265 | $ 924.73 | $ 0.00 | $ 924.73 |
| 003 | Central DuPage Hospital<br>% H and R Accounts, Inc.<br>POB 672<br>Moline, IL 61265 | $ 519.62 | $ 0.00 | $ 519.62 |
| 004 | Portfolio recovery Associates, LLC<br>% Atlantic Credit<br>POB 41067<br>Norfolk, VA 23541 | $ 4,625.23 | $ 0.00 | $ 4,625.23 |
| | Total to be paid to timely general unsecured creditors | | | $ 7,262.70 |
| | Remaining Balance | | | $ 58,019.36 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $ 58,019.36 .

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                          Case No. 11-22265-CAD
Suzanne R Faust                                                 Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mhenley               Page 1 of 3                   Date Rcvd: May 11, 2013
                              Form ID: pdf006             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2013.
db           +Suzanne R Faust,    645 Western Ave,    North Aurora, IL 60542-4104
17328759      ACC International,    919 Estes Ct,    Schaumburg, IL 60193-4427
17328760     +Arnoldharris/Med Business Bureau,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
17328761     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17328763     +Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
17328764     +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
17328770    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital One, N.a.,     Bankruptcy Dept,    Po Box 5155,
                Norcross, GA 30091)
17328767     +Cap One Na,    Attn: Bankruptcy,    Po Box 30273,    Salt Lake City, UT 84130-0273
17328772     +Chase Manhattan Mtge,    3415 Vision Dr,    Columbus, OH 43219-6009
17328773     +DeKalb Clinic,    1850 Gateway Dr.,    Sycamore, IL 60178-3192
17328774      Dennis A. Brebner & Associates,    860 Northpoint Blvd,    Waukegan, IL 60085-8211
17328775     +Dr/bond Coll,    Po Box 498609,    Cincinnati, OH 45249-8609
17328776      Dreyer Medical Clinic,    PO Box 2091,    Aurora, IL 60507-2091
17328777     +Ear Nose Throat and Allergy CI,    302 Randall Rd,    Ste 302,    Geneva, IL 60134-4205
17328778      Facts Management Company,    PO Box 2315,    Omaha, NE 68103-2315
17328779     +Ffcc-columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
17328780      Fox Valley Women and Children,    Po Box 657,    Saint Charles, IL 60174-0657
17328781     +Gemb/gap,    Po Box 981400,    El Paso, TX 79998-1400
17328785     +Hstn Funding,    2620 Fountainview,    Houston, TX 77057-7621
17328786     +Kca Financial Svcs,    628 North St,    Geneva, IL 60134-1356
17328788     +LaGrange Oncology Associates,    1325 Memorial Drive,    La Grange, IL 60525-2660
17328789     +Market Street Mortgage,    3550 West Busch Blvd Suite 150,    Tampa, FL 33618
17328790      Medical Recovery Specialists,    2250 E. Devon Ave. Ste. 352,    Des Plaines, IL 60018-4519
17328791     +Millenium Credit Con,    149 E Thompson Ave,    West St Paul, MN 55118-3238
17328792     +Mintex Inc,    800 W 5th Ave Ste 100a,    Naperville, IL 60563-4966
19479744    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,     c/o Atlantic Credit,    POB 41067,
                Norfolk VA 23541)
17328795     +R & B Receivables Mana,    860 S Northpoint Blvd,    Waukegan, IL 60085-8201
17328796     +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
17328797     +Rrca Acct Mgmt,    Ben Gordon Center,    201 E 3rd St,    Sterling, IL 61081-3611
17328798     +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
17328799     +State Collection Service,    628 North St.,    Geneva, IL 60134-1356
17328800     +The Limited,    Po Box 330066,    Northglenn, CO 80233-8066
17328801     +Tri City Radiology SC,    9410 Compubill Dr.,    Orland Park, IL 60462-2627
17328802     +Valley Family Medicine,    2900 Foxfield Rd,    Ste 101,    Saint Charles, IL 60174-5799
17328803     +Victoria’s Secret,    Po Box 182124,    Columbus, OH 43218-2124
17328804    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court:  Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
17328805     +WFNNB,    Po Box 182686,    Columbus, OH 43218-2686
17328806      Wfnnb/abrecrombie Fitc,    Pob 18548,    Columbus, OH 43213
17328807     +Wfnnb/express,    Po Box 182124,    Columbus, OH 43218-2124
17328808     +Wfnnb/new York & Compa,    220 W Schrock Rd,    Westerville, OH 43081-2873
17328809     +Wfnnb/ptybrn,    Po Box 182789,    Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17328765      E-mail/Text: dob@bcu.org May 11 2013 20:07:59      Baxter Credit Union,    340 N Milwaukee Ave.,
               Vernon Hills, IL 60061
17328766      E-mail/Text: dob@bcu.org May 11 2013 20:07:59      Baxter Credit Union,    400 North Lakeview Parkw,
               Vernon Hills, IL 60061
17328768     +E-mail/Text: cms-bk@cms-collect.com May 11 2013 15:18:48      Capital Management Services,
               726 Exchange St. Ste. 700,    Buffalo, NY 14210-1464
17328769     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM May 11 2013 14:57:44
               Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
19190159     +E-mail/Text: bankruptcy@hraccounts.com May 11 2013 14:37:34      Central Dupage Hospital,
               C/O H and R Accounts Inc,    PO Box 672,    Moline, IL 61266-0672
19190158     +E-mail/Text: bankruptcy@hraccounts.com May 11 2013 14:37:34      Dekalb Clinic Chartered,
               C/O H and R Accounts Inc,    PO Box 672,    Moline, IL 61266-0672
17328782     +E-mail/Text: bankruptcy@hraccounts.com May 11 2013 14:37:34      H & R Accounts Inc,    Po Box 672,
               Moline, IL 61266-0672
17328784      E-mail/Text: bankruptcy@hraccounts.com May 11 2013 14:37:34      HR Accounts,    PO Box 672,
               Moline, IL 61266-0672
17328787     +E-mail/Text: bnckohlsnotices@becket-lee.com May 11 2013 14:37:41      Kohls,    Attn: Recovery Dept,
               Po Box 3120,    Milwaukee, WI 53201-3120
17328794     +E-mail/Text: bankrup@aglresources.com May 11 2013 14:34:59      Nicor Gas,
               Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
                                                                                              TOTAL: 10
```

```
District/off: 0752-1           User: mhenley               Page 2 of 3                 Date Rcvd: May 11, 2013
                               Form ID: pdf006             Total Noticed: 51


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17328762*     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17328771*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
                 Norcross, GA 30091)
17328783*     +H & R Accounts Inc,    Po Box 672,    Moline, IL 61266-0672
17328793     ##+Nationwide Credit & Collection,     815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
                                                                                             TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2013**                    **Signature:**         _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: mhenley              Page 3 of 3                   Date Rcvd: May 11, 2013
                               Form ID: pdf006            Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2013 at the address(es) listed below:
          David J. Howard    on behalf of Debtor Suzanne R Faust pazuzuhoward@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roy  Safanda    on behalf of Trustee Roy  Safanda rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
          Roy  Safanda    rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
                                                                                   TOTAL: 4