UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
FAUST, SUZANNE R § Case No. 11-22265
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Roy Safanda_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Suzanne R. Faust |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACC International 919 Estes Ct Schaumburg, IL 60193-4427 | | | | | |
| | Arnoldharris/Med Business Bureau 1460 Renaissance Dr Park Ridge, IL | | | | | |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Bank Of America 4161 Piedmont Pkwy Greensboro, NC 27410 | | | | | |
| | Bank Of America Attn: Bankruptcy NC4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Baxter Credit Union 340 N Milwaukee Ave. Vernon Hills, IL 60061 | | | | | |
| | Baxter Credit Union 400 North Lakeview Parkw Vernon Hills, IL 60061 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Na Attn: Bankruptcy Po Box 30273 Salt Lake City, UT 84130 | | | | | |
| | Capital Management Services 726 Exchange St. Ste. 700 Buffalo, NY 14210 | | | | | |
| | Capital One, N.a. Bankruptcy Dept Po Box 5155 Norcross, GA 30091 | | | | | |
| | Capital One, N.a. Bankruptcy Dept Po Box 5155 Norcross, GA 30091 | | | | | |
| | Chase Manhattan Mtge 3415 Vision Dr Columbus, OH 43219 | | | | | |
| | DeKalb Clinic 1850 Gateway Dr. Sycamore, IL 60178 | | | | | |
| | Dennis A. Brebner & Associates 860 Northpoint Blvd Waukegan, IL 60085-8211 | | | | | |
| | Dr/bond Coll Po Box 498609 Cincinnati, OH 45249 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dreyer Medical Clinic PO Box 2091 Aurora, IL 60507-2091 | | | | | |
| | Ear Nose Throat and Allergy CI 302 Randall Rd Ste 302 Geneva, IL 60134 | | | | | |
| | Facts Management Company PO Box 2315 Omaha, NE 68103-2315 | | | | | |
| | Ffcc-columbus Inc 1550 Old Henderson Rd St Columbus, OH 43220 | | | | | |
| | Fox Valley Women and Children Po Box 657 Saint Charles, IL 60174-0657 | | | | | |
| | Gemb/gap Po Box 981400 El Paso, TX 79998 | | | | | |
| | H & R Accounts Inc Po Box 672 Moline, IL 61265 | | | | | |
| | Hstn Funding 2620 Fountainview Houston, TX 77057 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kca Financial Svcs 628 North St Geneva, IL 60134 | | | | | |
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | LaGrange Oncology Associates 1325 Memorial Drive La Grange, IL 60525 | | | | | |
| | Market Street Mortgage 3550 West Busch Blvd Suite 150 Tampa, FL 33618-4433 | | | | | |
| | Medical Recovery Specialists 2250 E. Devon Ave. Ste. 352 Des Plaines, IL 60018-4519 | | | | | |
| | Millenium Credit Con 149 E Thompson Ave West St Paul, MN 55118 | | | | | |
| | Mintex Inc 800 W 5th Ave Ste 100a Naperville, IL 60563 | | | | | |
| | Nationwide Credit & Collection 815 Commerce Dr Ste 100 Oak Brook, IL 60523-8838 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | R & B Receivables Mana 860 S Northpoint Blvd Waukegan, IL 60085 | | | | | |
| | Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | State Collection Service 628 North St. Geneva, IL 60134-0053 | | | | | |
| | The Limited Po Box 330066 Northglenn, CO 80233 | | | | | |
| | Tri City Radiology SC 9410 Compubill Dr. Orland Park, IL 60462 | | | | | |
| | Valley Family Medicine 2900 Foxfield Rd Ste 101 Saint Charles, IL 60174 | | | | | |
| | Victoria's Secret Po Box 182124 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WFNNB Po Box 182686 Columbus, OH 43218 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| | Wfnnb/abrecrombie Fitc Pob 18548 Columbus, OH 43213 | | | | | |
| | Wfnnb/express Po Box 182124 Columbus, OH 43218 | | | | | |
| | Wfnnb/new York & Compa 220 W Schrock Rd Westerville, OH 43081 | | | | | |
| | Wfnnb/ptybrn Po Box 182789 Columbus, OH 43218 | | | | | |
| 003 | CENTRAL DUPAGE HOSPITAL | | | | | |
| 002 | DEKALB CLINIC CHARTERED | | | | | |
| 004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 001 | RRCA ACCT. MGMT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 11-22265 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|---|---|
| Case Name: | FAUST, SUZANNE R | | | Date Filed (f) or Converted (c): | 05/26/11 (f) |
| | | | | 341(a) Meeting Date: | 07/25/11 |
| For Period Ending: | 08/10/13 | | | Claims Bar Date: | 09/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 103 E Clover Ave Cortland IL | 134,500.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Clothing One Woman and One Child | 500.00 | 0.00 | | 0.00 | FA |
| 4. IMRF | 0.00 | Unknown | | 0.00 | FA |
| 5. IRA Woodbury Financial | 0.00 | Unknown | | 0.00 | FA |
| 6. Right to Receive Child Support $933.00/mo | 0.00 | Unknown | | 0.00 | FA |
| 7. 2005 Chrysler Pacifica | 6,700.00 | 6,700.00 | | 0.00 | FA |
| 8. Personal Injury-Yaz Case (u) Unscheduled Asset - Yaz case | 68,146.27 | 0.00 | | 68,146.27 | 0.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $210,846.27 | $6,700.00 | | $68,146.27 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/13     Current Projected Date of Final Report (TFR): 01/01/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 17.02d

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-22265 -MB | |
| Case Name: | FAUST, SUZANNE R | |
| Taxpayer ID No: | *******2559 | |
| For Period Ending: | 08/10/13 | |

| | | |
|---|---|---|
| Trustee Name: | Roy Safanda | |
| Bank Name: | UNION BANK | |
| Account Number / CD #: | *******5816 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/30/13 | 8 | Burg Simpson Yaz Settlement Fund<br>7775 Cooper Rd.<br>Cincinnati, OH 45242-7703 | Unscheduled Asset | 1242-000 | 68,146.27 | | 68,146.27 |
| 06/22/13 | 010001 | Roy Safanda<br>111 East Side Drive<br>Geneva, IL 60134 | Chapter 7 Compensation/Expense | | | 2,076.71 | 66,069.56 |
| | | | Fees 1,746.81 | 2100-000 | | | |
| | | | Expenses 329.90 | 2200-000 | | | |
| 06/22/13 | 010002 | Roy Safanda<br>Attorney for Trustee | Claim 005, Payment 100.00000% | 3110-000 | | 787.50 | 65,282.06 |
| 06/22/13 | 010003 | Rrca Acct. Mgmt<br>Ben Gordon Center<br>201 E. 3rd St.<br>Sterling, IL 61081 | Claim 001, Payment 100.00000% | 7100-000 | | 1,193.12 | 64,088.94 |
| 06/22/13 | 010004 | DeKalb Clinic Chartered<br>% H and R Accoumts, Inc.<br>POB 672<br>Moline, IL 61265 | Claim 002, Payment 100.00000% | 7100-000 | | 924.73 | 63,164.21 |
| 06/22/13 | 010005 | Central DuPage Hospital<br>% H and R Accounts, Inc.<br>POB 672<br>Moline, IL 61265 | Claim 003, Payment 100.00000% | 7100-000 | | 519.62 | 62,644.59 |
| 06/22/13 | 010006 | Portfolio recovery Associates, LLC<br>% Atlantic Credit<br>POB 41067<br>Norfolk, VA 23541 | Claim 004, Payment 100.00000% | 7100-000 | | 4,625.23 | 58,019.36 |
| 06/22/13 | 010007 | Suzanne R. Faust<br>645 Western Ave.<br>North Aurora, IL 60542 | Claim 006, Payment 100.00000% | 8200-002 | | 58,019.36 | 0.00 |

Page Subtotals 68,146.27 68,146.27

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |      | | |
|---|---|---|---|---|
| Case No: | 11-22265 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | FAUST, SUZANNE R | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5816  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2559 | | | |
| For Period Ending: | 08/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 68,146.27 | 68,146.27 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 68,146.27 | 68,146.27 | |
| Less:  Payments to Debtors | | 58,019.36 | |
| Net | 68,146.27 | 10,126.91 | |

|   |   |   |   |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********5816 | 68,146.27 | 10,126.91 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 68,146.27 | 10,126.91 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*